```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   SERGIO QUNITANA
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-318 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | Date: September 22, 2009 |
| | ) | Time: 9:30 a.m. |
| SERGIO QUINTANA, | ) | Judge: Hon. John A. Mendez |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Quintana, that the Court should vacate the status conference scheduled for September 22, 2009, at 9:30 a.m., and reset it for November 17, 2009, at 9:30 a.m.

Counsel and Mr. Quintana still await the preparation of a pre-plea presentence investigation report. Counsel and Mr. Quintana require that document to prepare fully in the defense of this case.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through November 17, 2009, when it computes the time within which the trial of the above

STIPULATION AND [PROPOSED ORDER]                1                                   09-318 JAM

criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Quintana's request for a continuance outweigh the best interest of the public and Mr. Quintana in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: September 21, 2009          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

Dated: September 21, 2009          LAWRENCE G. BROWN
                                   United States Attorney

                                   /s/ M.Petrik for Michael D. Anderson
                                   _____
                                   MICHAEL D. ANDERSON
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED:_09/21/2009_____
                                   /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ
                                   United States District Judge