SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roque Lozano

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.09-318 JAM |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference and Order** |
| ) | |
| Sergio Quintana, ) | Date: February 16, 2010 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Court: Hon. John A. Mendez |
| _____ ) | |

Defendant, Sergio Quintana, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Michael Anderson, hereby agree and stipulate that the status conference previously scheduled for January 19, 2010 should be re-set to February 16, 2010 at 9:30 a.m., and that date is available with the Court.

The parties are currently involved in negotiations that they believe will result in a settlement of this matter. The parties agree that the status conference should be continued to February 16, 2010 and that time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T4.

```
                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: January 15, 2010                 Shari Rusk
                                    Attorney for Defendant
                                    Sergio Quintana



                                        /s/ Michael Anderson
Dated: January 15, 2010                 Michael Anderson
                                        Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: 01/15/2010

```
                    s/ John A. Mendez  _____
                    Hon. John A. Mendez
                    United States District Court Judge
```

2