1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Sergio Quintana
5

6                IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,   )  NO. CR. S.09-318 JAM
                               )
11              Plaintiff,     )
                               )  **Stipulation to Continue Status**
12    v.                       )  **Conference and Order**
                               )
13 Sergio Quintana,            )  Date: March 2, 2010
                               )  Time: 9:30 a.m.
14              Defendant.     )  Court: Hon. John A. Mendez
                               )
15 _____)
                               ___
16
        Defendant, Sergio Quintana, by and through his undersigned
17
   counsel and the United States, by and through Assistant United States
18
   Attorney Michael Anderson, hereby agree and stipulate that the status
19
   conference previously scheduled for February 16, 2010 should be re-
20
   set to March 2, 2010 at 9:30 a.m., and that date is available with
21
   the Court.
22
        The parties are currently involved in negotiations that they
23
   believe will result in a settlement of this matter.  The parties agree
24
   that the status conference should be continued to March 2, 2010 and
25
   that time should be excluded for preparation of counsel under 18
26
   U.S.C. § 3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local
27
   code T4.
28

```
                                  Respectfully submitted,

                                  /s/ Shari Rusk
Dated: February  12, 2010              Shari Rusk

                                  Attorney for Defendant
                                  Sergio Quintana



                                  /s/ Michael Anderson
Dated: February 12, 2010          Michael Anderson
                                  Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: 02/16/2010

```
            /s/ John A. Mendez     _____
            Hon. John A. Mendez
            United States District Court Judge
```